UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | No.   10 CR 26-1 |
| | ) | Honorable Judge Robert Gettleman |
| ALEX CAMPBELL | ) | |

# DEFENDANT ALEX CAMPBELL'S OBJECTIONS
# TO THE RESTITUTION ORDER

Alex Campbell, through his attorney, Mark H. Kusatzky, formally objects to the restitution requested by the prosecution and ordered by the Court at the conclusion of the sentencing hearing. Mr. Campbell objects for the reasons stated at sentencing and to be consistent with his assertion of his innocence to the convictions.

Respectfully submitted,

/s/ Mark H. Kusatzky
181 Waukegan Road
Suite 306
Northfield, Illinois 60093
847-441-9050