UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 1:10–cr–00026
                                            Honorable Robert W. Gettleman
, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

    MINUTE entry before the Honorable Robert W. Gettleman: Defendant Campbell's objections [258] to the restitution order is denied. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.